## Commonwealth *v.* Singletary, Appellant.

Submitted December 10, 1973. *Neil Carver,* and *Carver and Steinberg,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Smalls, Appellant.

Argued December 10, 1973. *John W. Packel,* Assistant Defender, with him *Lauren Curry,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James Wilson,* Assistant District Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.